**Lawrence G. SPAIGHT,**
**Plaintiff–Appellant,**

**v.**

**A. MAKOWSKI, Kenneth Zydel, Betty Hoffman, & Frank Irvin, Superintendent, Wende Facility, Defendants–Appellees.**

**Docket No. 00–0221.**

United States Court of Appeals, Second Circuit.

Submitted: May 16, 2001.

Decided: May 25, 2001.

Lawrence G. Spaight, pro se, Attica, NY, for plaintiff-appellant.

William Lonergan, Assistant Attorney General, Buffalo, NY (Eliot Spitzer, Attorney General of the State of New York, on the brief), for defendants-appellees.

Before FEINBERG, VAN GRAAFEILAND and SOTOMAYOR, Circuit Judges.

PER CURIAM:

Lawrence G. Spaight ("Spaight"), *pro se* and incarcerated, moves for the return of the $105 filing fee deducted from his pris-

on trust account for a voluntarily discontinued appeal in which he had sought to proceed *in forma pauperis*. We write to clarify that the six month period to which 28 U.S.C. § 1915(b)(1) and *Leonard v. Lacy*, 88 F.3d 181, 186–88 (2d Cir.1996), refer is the period immediately preceding the filing of the notice of appeal, not preceding the motion for *in forma pauperis* status. *See* 28 U.S.C. § 1915(b)(1)(B) ("The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of … the average monthly balance in the prisoner's account for the 6 month period immediately preceding the filing of the complaint or notice of appeal."). Because we erroneously ordered defendants-appellees to provide us with Spaight's prison trust account statements for July though December 2000, the six month period preceding the filing of his motion for *in forma pauperis* status, we now order that the motion for the return of the filing fee be held in abeyance pending the receipt of Spaight's prison trust account statements for January through June 2000, the six month period preceding the filing of his notice of appeal.